IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-855-AP**

**JOE M. MONTOYA,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

# MINUTE ORDER

Judge John L. Kane **ORDERS**

Defendant's Motion to File Motion for Extension of Time Out of Time (doc. #9) is **GRANTED**. Defendant's Motion for Extension of Time to File Defendant's Answer or Otherwise Respond (doc. #9-2), is **GRANTED**, up to and including July 8, 2011.

Dated:  June 8, 2011