IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:11-cv-00855-AP

JOE M. MONTOYA,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Comm'r of Soc. Sec.,

    Defendant.

## ORDER

This matter is before the Court on Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #23), filed on October 14, 2011.  The Motion is **GRANTED**.  Attorney fees in the amount of $5,148.00 shall be paid by the agency to Plaintiff and mailed to Plaintiff's attorney William T. Dawson.

DATED this 18th day of October 2011.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE